IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARLON BRANDO SLATER,   }
                       }
    Petitioner,         }
                       }
v.                     }       CASE NO. CV-01-BE-1917-S
                       }
UNITED STATES OF AMERICA, }
                       }
    Respondent(s).      }
                       }

FILED
02 OCT 28 AM 10: 45
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
OCT 28 2002

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (Doc. 8) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (Doc. 8) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the Defendant's Motion to Dismiss is due to be GRANTED (Doc. 3). An appropriate order will be entered.

Done and ordered this 25th day of October, 2002.

KARON O. BOWDRE
United States District Judge